UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  0:17-cv-61790-KMM

EMILY FULLER

    Plaintiff,

v.

SKECHERS USA, INC.,

    Defendant.
_____

### NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff, Emily Fuller, hereby notes that the above action is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Date:  December 4, 2017

  s/ *Roderick V. Hannah*      
Roderick V.  Hannah, Esq.
**RODERICK V.  HANNAH, ESQ., P.A.**
Florida Bar No.  435384
8751 W.  Broward Blvd.
Suite 303
Plantation, FL 33324
E-mail: rhannah@rhannahlaw.com
Phone:  (954) 362-3800

*Attorneys for Plaintiff*